UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
ex rel.
**CLARK J. BOLTON,**

    **Plaintiffs,**

v.                                       Case No.  8:07-cv-1909-T-30TGW

**WELLCARE HEALTH PLANS, INC.,**
et al.,

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Stipulation of Dismissal By United States, Medicaid Participating States, Relator, and Wellcare Defendants (Dkt. #20).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Stipulation of Dismissal By United States, Medicaid Participating States, Relator, and Wellcare Defendants (Dkt. #20) is GRANTED.

2. This case is dismissed in accordance with the terms of said Stipulation.

3. The Court will retain jurisdiction for a period of one (1) year to enforce the terms of the Settlement Agreement.

    4.       The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1909.dismissal.wpd